IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAUNTE PETERSEN,

                                 CASE NO:

    Plaintiff,

v.

JACKSONVILLE SHERIFF'S OFFICE,

    Defendants.

_____/

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1441-1449, Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, and Rule 81 (c), Federal Rules of Civil Procedure, Defendant JACKSONVILLE SHERIFF'S OFFICE,[1] files this Notice of Removal, and states:

1.     This case arises from Plaintiff's claims, *inter alia*, that he was discriminated against (basis unknown) in violation of federal laws, as well as illegally recorded in violation of federal wiretap laws and Section 934.03, Florida Statutes. Essentially, Plaintiff alleges violations of his civil rights pursuant to 42 U.S.C. §§ 1983 and 1988 and deprivation of his rights under federal and state laws due to illegal recording. The adjudication of this claim depends on the application of federal law.

---

[1] The Jacksonville Sheriff's Office ("JSO") is not an entity subject to suit. The City of Jacksonville should be the listed Defendant for any complaints JSO.

2.      On December 2, 2024, Plaintiff commenced this action in the Circuit Court for the Fourth Judicial Circuit, Florida, Case No.: 16-2024-CA-06530; Div. CV-D.

3.      On December 3, 2024, Defendant was served with Summons and Complaint, constituting the first receipt of the initial pleading in this action.

4.      This Court has original jurisdiction over this claim under the provisions of 28 U.S.C. § 1331.  The action is therefore removable in its entirety under 28 U.S.C. § 1441(c).

5.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), a true and legible copy of the complete state court file is submitted herewith as **Exhibit A.**

6.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after service of Summons and Complaint on Defendant, constituting Defendants first receipt of a copy of the initial pleading setting forth the claim for relief upon which such action is based.

7.      Because this action is pending in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, venue for removal is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1441(a) and Middle District of Florida Local Rule 1.06(a).

8.      Pursuant to 28 U.S.C. § 1446(d), Defendant is serving this Notice of Removal on the adverse party and filing a copy of this Notice of Removal

with the Clerk of the Fourth Judicial Circuit, Duval County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

**WHEREFORE**, Defendant respectfully requests that the action now pending in the Fourth Judicial Circuit, Duval County, Florida, be removed to this Court.

**DATED: JANUARY 2, 2025**

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/Rita M. Mairs*
Rita M. Mairs
Assistant General Counsel
**Lead Counsel**
Florida Bar No.: 0560960
117 West Duval Street, Suite 480
Jacksonville, FL  32202
Telephone: (904) 255-5055
Facsimile: (904) 255-5120
Primary E-mail: Mairs@coj.net
Secondary E-mail: GPaulino@coj.net
*Attorney for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 2nd day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Rita M. Mairs*
Attorney

3

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO:    2024 CA 6530
DIVISION:    CV-D

DAUNTE PETERSEN,

     Plaintiff,

vs.

JACKSONVILLE SHERIFF'S OFFICE,

     Defendant.

_____/

### NOTICE OF FILING NOTICE OF REMOVAL

Defendant, JACKSONVILLE SHERIFF'S OFFICE, pursuant to 28 U.S.C. § 1446(d), hereby provides notice that Defendant is removing this matter from state court by virtue of having filed a Notice of Removal of this action to the United States District Court, Middle District of Florida, Jacksonville Division. The state court shall proceed no further unless and until the case is remanded. A copy of the Notice of Removal, without exhibits, is attached as Exhibit A.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE**

*/s/ Rita M. Mairs*
**Rita M. Mairs**
Assistant General Counsel
Florida Bar No.: 560960
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5055 (Telephone)
(904) 255-5120 (Facsimile) Primary
Email: mairsr@coj.net
Secondary Email: GPaulino@coj.net
*Attorney for Defendant*

1

EXHIBIT A

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 2, 2025, this document was filed using the Florida Courts E-Filing Portal.  This document is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.


*/s/ Rita M. Mairs*
Attorney